UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JIMMIE LEE JONES,<br><br>    Petitioner,<br><br>    v.<br><br>MARION SPEARMAN,<br><br>    Respondent. | No. 2:18-cv-0387 MCE DB P<br><br><br>ORDER |

Petitioner is a state prisoner proceeding pro se and in forma pauperis with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. On July 23, 2018, petitioner filed a motion for a 30-day extension of time to file his reply to respondent's answer. In an order filed July 26, 2018, the court granted that motion. Petitioner's reply is now due on August 25, 2018.

In a filing signed July 24 and filed here on July 27, petitioner amends his motion to correct a typographical error. (ECF No. 17.) Petitioner seeks an extension of time through September 4, 2018. The court finds good cause for this additional time.

////
////
////
////
////

1

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for an extension of time (ECF No. 17) is granted.  Petitioner's reply to respondent's answer is due on or before September 4, 2018.

DATED:  August 1, 2018

/s/  DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/prisoner-habeas/jone0387.reply eot2